IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEITH L. GRIFFIN,

    Petitioner,

v.

CHRIS BUESGEN,

    Respondent.

ORDER

Case No. 26-cv-99-jdp

    Petitioner Keith L. Griffin seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner requests leave to proceed without prepayment of the filing fee. Petitioner has supported this request with an affidavit of indigency and a six-month trust account statement from the institution.

    In determining whether to allow a prisoner to proceed without prepayment, this court uses the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from petitioner's trust fund account statement, I find that petitioner is able to pay the filing fee. Accordingly, I will deny petitioner's application for leave to proceed without prepayment of the filing fee. To proceed further on this habeas petition, petitioner must pay the $5 filing fee. If petitioner fails to pay the fee by March 30, 2026, the petition, I will assume that petition wishes to withdraw this petition.

ORDER

IT IS ORDERED that:

1. Petitioner Keith L. Griffin's motion for leave to proceed without prepayment of the filing fee is DENIED. Petitioner has until March 30, 2026 in which to pay the $5 filing fee.

2. If by March 30, 2026 petitioner fails to submit the $5 filing fee, I will assume that petitioner wishes to withdraw this petition.

Entered this 3rd day of March_, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge